# Appendix A

**Members United Swaps**

| Counterparty | Effective Date | Legal Maturity | Original Notional Amount | Members United Pays | Members United Receives |
|---|---|---|---|---|---|
| Bank of America | 5/5/2005 | 5/6/2014 | $ 5,500,000.00 | 4.5250% | 1ML |
| Bank of America | 5/5/2005 | 5/1/2015 | $ 3,500,000.00 | 4.6400% | 1ML |
| Bank of America | 5/5/2005 | 5/1/2015 | $ 1,500,000.00 | 4.6900% | 1ML |
| Bank of America | 6/24/2005 | 6/10/2010 | $ 5,000,000.00 | 4.0800% | 1ML |
| Bank of America | 8/16/2005 | 8/16/2010 | $ 12,000,000.00 | 4.5175% | 1ML |
| Bank of America | 9/15/2005 | 9/9/2008 | $ 1,100,000.00 | 4.2550% | 1ML |
| Bank of America | 11/22/2005 | 5/22/2007 | $ 20,000,000.00 | 4.8510% | 1ML |
| Bank of America | 12/8/2005 | 1/8/2007 | $ 20,000,000.00 | 4.8150% | 1ML |
| Bank of America | 12/8/2005 | 1/8/2007 | $ 20,000,000.00 | 4.7600% | 1ML |
| Bank of America | 12/15/2005 | 12/15/2009 | $ 20,000,000.00 | 4.9700% | 1ML |
| Bank of America | 12/28/2005 | 1/22/2007 | $ 25,000,000.00 | 4.8350% | 1ML |
| Bank of America | 1/26/2006 | 1/26/2011 | $ 2,000,000.00 | 4.9100% | 1ML |
| Bank of America | 2/15/2006 | 3/15/2007 | $ 50,000,000.00 | 5.0325% | 1ML |
| Bank of America | 2/22/2006 | 8/27/2012 | $ 10,000,000.00 | 5.1125% | 3ML |
| Bank of America | 2/17/2006 | 2/17/2016 | $ 2,000,000.00 | 4.2500% | 1ML + 24 bps |
| Bank of America | 3/3/2006 | 4/3/2007 | $ 50,000,000.00 | 5.1250% | 1ML |
| Bank of America | 3/9/2006 | 4/9/2007 | $ 40,000,000.00 | 5.1400% | 1ML |
| Bank of America | 3/14/2006 | 4/16/2007 | $ 75,000,000.00 | 5.1250% | 1ML |
| Bank of America | 3/23/2006 | 3/24/2014 | $ 4,000,000.00 | 5.1650% | 1ML |
| Bank of America | 3/23/2006 | 3/23/2016 | $ 6,000,000.00 | 5.1900% | 1ML |
| Bank of America | 5/30/2006 | 6/1/2011 | $ 15,000,000.00 | 5.4700% | 3ML |
| Bank of America | 6/26/2006 | 7/25/2007 | $ 25,000,000.00 | 5.7550% | 1ML |
| Bank of America | 7/13/2006 | 10/14/2008 | $ 15,000,000.00 | 5.5825% | 1ML |
| Bank of America | 7/28/2006 | 7/28/2011 | $ 4,000,000.00 | 5.4000% | 1ML |
| Bank of America | 10/24/2006 | 10/24/2011 | $ 10,000,000.00 | 4.6900% | 1ML + 12 bps |
| Bank of America | 1/24/2007 | 1/24/2008 | $ 25,000,000.00 | 5.3650% | 1ML |
| Bank of America | 2/16/2007 | 2/16/2017 | $ 2,000,000.00 | 4.9600% | 1ML + 23 bps |
| Bank of America | 2/22/2007 | 2/22/2010 | $ 5,000,000.00 | 5.1100% | 1ML + 21 bps |
| Bank of America | 5/9/2007 | 6/4/2008 | $ 100,000,000.00 | 5.2175% | 1ML |

| Counterparty | Effective Date | Legal Maturity | Original Notional Amount | Members United Pays | Members United Receives |
|---|---|---|---|---|---|
| Bank of America | 5/10/2007 | 6/10/2008 | $ 250,000,000.00 | 5.2400% | 1ML |
| Bank of America | 6/25/2007 | 6/25/2017 | $ 33,000,000.00 | 4.6900% | 1ML + 21 bps |
| Bank of America | 6/25/2007 | 6/25/2017 | $ 33,000,000.00 | 4.8800% | 1ML + 23.5 bps |
| Bank of America | 6/25/2007 | 6/25/2017 | $ 34,000,000.00 | 5.0900% | 1ML + 28.4 bps |
| Bank of America | 6/27/2007 | 6/27/2012 | $ 12,000,000.00 | 5.4150% | 1ML |
| Bank of America | 7/30/2007 | 7/30/2009 | $ 15,000,000.00 | 5.0525% | 1ML |
| Bank of America | 8/7/2007 | 8/7/2009 | $ 10,000,000.00 | 5.0475% | 1ML |
| Bank of America | 8/10/2007 | 2/10/2010 | $ 10,000,000.00 | 4.9800% | 1ML |
| Bank of America | 8/10/2007 | 8/10/2009 | $ 4,000,000.00 | 4.9700% | 1ML |
| Bank of America | 8/21/2007 | 8/17/2009 | $ 15,000,000.00 | 4.7800% | 1ML |
| Bank of America | 8/24/2007 | 2/24/2009 | $ 2,000,000.00 | 4.9450% | 1ML |
| Bank of America | 8/24/2007 | 8/24/2009 | $ 2,000,000.00 | 4.9250% | 1ML |
| Bank of America | 8/28/2007 | 8/28/2009 | $ 15,000,000.00 | 4.7900% | 1ML |
| Bank of America | 9/19/2007 | 9/19/2014 | $ 10,000,000.00 | 4.9250% | 1ML |
| Bank of America | 10/4/2007 | 4/17/2008 | $ 50,000,000.00 | 5.1100% | 1ML + 14.5 bps |
| Bank of America | 11/30/2007 | 5/29/2009 | $ 100,000,000.00 | 4.9500% | 1ML + 28.5 bps |
| Bank of America | 11/30/2007 | 5/30/2008 | $ 100,000,000.00 | 5.1200% | 1ML + 27 bps |
| Bank of America | 10/22/2007 | 4/17/2008 | $ 50,000,000.00 | 5.1100% | 1ML + 29 bps |
| Bank of America | 11/20/2007 | 11/20/2009 | $ 3,000,000.00 | 4.0975% | 1ML |
| Bank of America | 11/20/2007 | 11/20/2013 | $ 2,000,000.00 | 4.5550% | 1ML |
| Bank of America | 11/20/2007 | 11/20/2017 | $ 1,000,000.00 | 4.8525% | 1ML |
| Bank of America | 12/6/2007 | 12/8/2008 | $ 100,000,000.00 | 4.6200% | 6ML + 23.5 bps |
| Bank of America | 12/6/2007 | 12/8/2008 | $ 100,000,000.00 | 4.6200% | 6ML + 21 bps |
| Bank of America | 12/6/2007 | 12/8/2008 | $ 50,000,000.00 | 4.6200% | 6ML + 21.5 bps |
| Bank of America | 12/21/2007 | 6/19/2008 | $ 100,000,000.00 | 4.9000% | 3ML + 16.5 bps |
| Bank of America | 12/21/2007 | 6/19/2008 | $ 100,000,000.00 | 4.9000% | 3ML + 18 bps |
| Bank of America | 1/3/2008 | 1/4/2010 | $ 5,000,000.00 | 3.5100% | 1ML |
| Bank of America | 1/4/2008 | 1/4/2018 | $ 15,000,000.00 | 4.0000% | 1ML + 43 bps |
| Bank of America | 1/4/2008 | 1/5/2015 | $ 10,000,000.00 | 3.8200% | 1ML + 35.5 bps |
| Bank of America | 1/11/2008 | 1/11/2010 | $ 5,000,000.00 | 3.2550% | 1ML |
| Bank of America | 1/31/2008 | 1/29/2010 | $ 10,000,000.00 | 2.7550% | 1ML |

| Counterparty | Effective Date | Legal Maturity | Original Notional Amount | Members United Pays | Members United Receives |
|---|---|---|---|---|---|
| Bank of America | 2/22/2008 | 2/22/2013 | $ 2,000,000.00 | 3.6300% | 1ML |
| Bank of America | 2/22/2008 | 2/22/2016 | $ 2,000,000.00 | 4.1925% | 1ML |
| Bank of America | 3/26/2008 | 3/24/2016 | $ 4,000,000.00 | 3.8500% | 1ML |
| Bank of America | 3/26/2008 | 3/24/2017 | $ 1,000,000.00 | 3.9575% | 1ML |
| Bank of America | 3/26/2008 | 3/26/2018 | $ 1,000,000.00 | 4.0600% | 1ML |
| Bank of America | 5/5/2008 | 5/5/2011 | $ 6,000,000.00 | 3.4300% | 1ML |
| Bank of America | 5/5/2008 | 5/7/2013 | $ 15,000,000.00 | 3.8425% | 1ML |
| Bank of America | 5/5/2008 | 5/7/2013 | $ 15,000,000.00 | 3.8425% | 1ML |
| Bank of America | 5/21/2008 | 5/20/2011 | $ 11,900,000.00 | 3.4050% | 1ML |
| Bank of America | 5/22/2008 | 5/20/2011 | $ 15,000,000.00 | 3.5250% | 1ML |
| Bank of America | 5/29/2008 | 5/29/2013 | $ 7,000,000.00 | 3.7700% | 1ML |
| Bank of America | 8/4/2008 | 8/4/2014 | $ 15,000,000.00 | 4.2150% | 1ML |
| Bank of America | 8/4/2008 | 2/4/2015 | $ 15,000,000.00 | 4.2800% | 1ML |
| Bank of America | 9/30/2008 | 10/21/2010 | $ 10,000,000.00 | 3.1100% | 1ML |
| JP Morgan | 6/12/2007 | 12/12/2016 | $ 50,000,000.00 | 5.6450% | 1ML |
| JP Morgan | 6/12/2007 | 12/12/2015 | $ 46,224,750.00 | 5.6100% | 1ML |
| JP Morgan | 8/1/2007 | 5/12/2017 | $ 25,000,000.00 | 5.4700% | 1ML |
| JP Morgan | 5/30/2008 | 5/28/2010 | $ 10,000,000.00 | 3.3400% | 1ML |
| JP Morgan | 9/30/2008 | 7/27/2017 | $ 20,000,000.00 | 4.1325% | 1ML |
| JP Morgan | 9/30/2008 | 1/25/2010 | $ 11,000,000.00 | 3.2600% | 1ML |
| JP Morgan | 9/30/2008 | 10/31/2013 | $ 30,000,000.00 | 4.0725% | 1ML |

# Appendix B

**Southwest Swaps**

| Counterparty | Effective Date | Legal Maturity | Notional Amount | Southwest Pays | Southwest Receives |
|---|---|---|---|---|---|
| Citibank | 3/24/2008 | 9/19/2011 | $ 9,210,000.00 | 2.9800% | 1ML |
| CitiBank | 7/8/2008 | 7/7/2010 | $ 5,000,000.00 | 3.3150% | 1ML |
| Merrill Lynch Capital Markets | 11/18/2004 | 11/28/2014 | $ 10,000,000.00 | 4.8700% | 3ML + 34.5bps |
| Merrill Lynch Capital Markets | 9/20/2006 | 8/30/2013 | $ 20,000,000.00 | 5.4800% | 1ML + 35 bps |
| Merrill Lynch Capital Markets | 2/2/2004 | 2/2/2009 | $ 25,000,000.00 | 3.7100% | 3ML + 14.75 bps |
| Merrill Lynch Capital Markets | 4/4/2006 | 4/4/2016 | $ 25,000,000.00 | 4.2475% | 1ML |
| Swapco | 10/1/2003 | 10/1/2013 | $ 17,500,000.00 | 3.7000% | 1ML + 19.5 bps |
| Swapco | 9/12/2002 | 2/1/2006 | $ 10,000,000.00 | 3.4770% | 3ML + 30.25 bps |
| Swapco | 9/25/2002 | 9/30/2005 | $ 30,000,000.00 | 2.9700% | 3ML + 18.35 bps |
| Swapco | 1/28/2003 | 6/15/2005 | $ 20,000,000.00 | 2.5100% | 3ML + 31 bps |
| Swapco | 5/14/2003 | 5/14/2008 | $ 15,000,000.00 | 2.9600% | 3ML + 17.4 bps |
| Swapco | 10/26/2004 | 10/26/2009 | $ 5,000,000.00 | 3.8400% | 3ML + 17.75 bps |
| Swapco | 10/29/2004 | 10/29/2008 | $ 20,000,000.00 | 3.6500% | 3ML + 18.7 bps |
| Swapco | 10/29/2004 | 10/29/2008 | $ 9,000,000.00 | 3.6800% | 3ML + 19.1 bps |

# Appendix C

**WesCorp Swaps**

| Counterparty | Effective Date | Legal Maturity | Notional Amount | WesCorp Pays | WesCorp Receives |
|---|---|---|---|---|---|
| Bank of America | 6/2/2003 | 6/2/2008 | $ 6,000,000.00 | 1.7700% | 1ML |
| Bank of America | 6/2/2003 | 6/3/2013 | $ 6,000,000.00 | 2.4700% | 1ML |
| Bank of America | 6/2/2003 | 6/1/2010 | $ 6,000,000.00 | 2.8700% | 3ML |
| Bank of America | 7/15/2003 | 7/15/2010 | $ 2,000,000.00 | 3.3500% | 1ML |
| Bank of America | 11/14/2003 | 11/14/2005 | $ 100,000,000.00 | 2.1000% | 1ML |
| Bank of America | 11/14/2003 | 11/14/2008 | $ 3,000,000.00 | 2.7000% | 1ML |
| Bank of America | 5/5/2004 | 5/5/2009 | $ 5,000,000.00 | 4.0100% | 6ML |
| Bank of America | 7/6/2004 | 7/6/2009 | $ 5,000,000.00 | 4.1950% | 6ML |
| Bank of America | 9/7/2004 | 9/8/2009 | $ 5,000,000.00 | 4.3450% | 6ML |
| Bank of America | 7/6/2004 | 7/6/2009 | $ 15,000,000.00 | 4.2000% | 3ML |
| Bank of America | 7/6/2004 | 7/6/2009 | $ 15,000,000.00 | 4.2000% | 3ML |
| Bank of America | 7/6/2004 | 7/6/2009 | $ 20,000,000.00 | 4.2000% | 3ML |
| Bank of America | 7/29/2004 | 7/13/2014 | $ 100,000,000.00 | 4.85875% | 1ML |
| Bank of America | 10/19/2004 | 9/14/2014 | $ 75,000,000.00 | 4.5800% | 1ML |
| Bank of America | 11/3/2004 | 10/15/2014 | $ 50,000,000.00 | 4.4140% | 1ML |
| Bank of America | 11/4/2004 | 10/13/2014 | $ 50,000,000.00 | 4.3770% | 1ML |
| Bank of America | 11/12/2004 | 7/15/2014 | $ 35,000,000.00 | 4.3350% | 1ML |
| Bank of America | 11/10/2004 | 10/15/2014 | $ 50,000,000.00 | 4.4270% | 1ML |
| Bank of America | 11/10/2004 | 10/12/2014 | $ 50,000,000.00 | 4.47125% | 1ML |
| Bank of America | 6/16/2005 | 4/10/2015 | $ 25,000,000.00 | 4.3425% | 1ML |
| Bank of America | 6/29/2005 | 6/12/2015 | $ 35,000,000.00 | 4.4075% | 1ML |
| Bank of America | 7/13/2005 | 6/10/2015 | $ 36,000,000.00 | 4.3440% | 1ML |
| Bank of America | 8/11/2005 | 6/15/2015 | $ 50,000,000.00 | 4.6500% | 1ML |
| Bank of America | 10/27/2005 | 9/15/2015 | $ 65,000,000.00 | 4.9275% | 1ML |
| Bank of America | 11/4/2005 | 10/15/2015 | $ 40,000,000.00 | 4.8875% | 1ML |
| Bank of America | 2/8/2006 | 11/15/2015 | $ 42,910,000.00 | 5.0025% | 1ML |
| Bank of America | 3/14/2006 | 1/15/2016 | $ 85,000,000.00 | 5.0650% | 1ML |
| Bank of America | 3/30/2006 | 3/15/2016 | $ 100,000,000.00 | 5.2240% | 1ML |
| Bank of America | 6/8/2006 | 4/15/2016 | $ 50,000,000.00 | 5.5275% | 1ML |
| Bank of America | 6/22/2006 | 6/10/2016 | $ 100,000,000.00 | 5.4900% | 1ML |
| Bank of America | 9/7/2006 | 5/7/2008 | $ 15,000,000.00 | 5.3960% | 1ML |
| Bank of America | 9/28/2006 | 9/15/2016 | $ 50,000,000.00 | 5.1530% | 1ML |
| Bank of America | 1/22/2008 | 1/2/2014 | $ 5,000,000.00 | 3.4800% | 6ML |

| Counterparty | Effective Date | Legal Maturity | Notional Amount | WesCorp Pays | WesCorp Receives |
|---|---|---|---|---|---|
| Bank of America | 4/1/2008 | 4/1/2013 | $ 5,000,000.00 | 3.2875% | 6ML |
| Bank of America | 6/2/2008 | 6/1/2012 | $ 5,000,000.00 | 3.0975% | 6ML |
| Bank of America | 9/30/2008 | 7/30/2010 | $ 10,000,000.00 | 3.4975% | 1ML |
| Bank of America | 9/30/2008 | 7/31/2010 | $ 20,000,000.00 | 3.3425% | 1ML |
| Bank of America | 9/15/2008 | 9/15/2015 | $ 60,000,000.00 | 5.0100% | 1ML |
| Bank of America | 8/3/2009 | 8/1/2019 | $ 15,000,000.00 | 3.8225% | 6ML |
| Bank of America | 10/1/2009 | 10/1/2014 | $ 5,000,000.00 | 2.7475% | 6ML |
| Bank of America | 10/2/2009 | 10/1/2019 | $ 20,000,000.00 | 3.4350% | 12ML |
| Bank of America | 1/4/2010 | 1/1/2017 | $ 20,000,000.00 | 3.68125% | 12ML |
| Bank of America | 2/1/2010 | 2/1/2013 | $ 5,000,000.00 | 1.8725% | 6ML |
| Bank of America | 3/1/2010 | 3/1/2014 | $ 5,000,000.00 | 2.2225% | 3ML |
| Bank of America | 6/2/2010 | 6/1/2011 | $ 10,000,000.00 | 0.6825% | 1ML |
| Bank of America | 6/2/2010 | 6/1/2012 | $ 10,000,000.00 | 1.0775% | 1ML |
| Bank of America | 6/14/2010 | 12/2/2016 | $ 25,000,000.00 | 2.6625% | 1ML |
| Bank of America | 6/30/2010 | 4/30/2015 | $ 5,000,000.00 | 2.0350% | 1ML |
| Barclays | 5/25/2006 | 4/12/2016 | $ 95,000,000.00 | 5.56375% | 1ML |
| Barclays | 8/23/2006 | 7/15/2016 | $ 90,000,000.00 | 5.4290% | 1ML |
| Barclays | 6/14/2010 | 11/30/2016 | $ 6,500,000.00 | 2.65125% | 1ML |
| Barclays | 6/14/2010 | 11/30/2016 | $ 5,000,000.00 | 2.6500% | 1ML |
| Barclays | 6/18/2010 | 9/28/2016 | $ 5,000,000.00 | 2.5925% | 1ML |
| Barclays | 6/18/2010 | 7/14/2016 | $ 10,000,000.00 | 2.5350% | 1ML |
| Barclays | 6/18/2010 | 3/2/2016 | $ 7,500,000.00 | 2.4325% | 1ML |
| Deutsche Bank | 11/9/2004 | 10/15/2014 | $ 50,000,000.00 | 4.4550% | 1ML |
| HSBC | 12/7/2005 | 10/12/2015 | $ 100,000,000.00 | 5.0110% | 1ML |
| HSBC | 12/28/2005 | 11/15/2015 | $ 53,000,000.00 | 4.9475% | 1ML |
| HSBC | 5/30/2006 | 3/15/2016 | $ 100,000,000.00 | 5.6240% | 1ML |
| JP Morgan Chase | 7/31/2003 | 7/31/2010 | $ 10,000,000.00 | 3.4400% | 1ML |
| JP Morgan Chase | 8/29/2003 | 6/30/2006 | $ 5,000,000.00 | 2.8260% | 1ML |
| JP Morgan Chase | 8/29/2003 | 6/30/2008 | $ 5,000,000.00 | 3.8300% | 1ML |
| JP Morgan Chase | 8/29/2003 | 6/30/2010 | $ 5,000,000.00 | 4.4140% | 1ML |
| JP Morgan Chase | 8/27/2004 | 8/27/2009 | $ 6,000,000.00 | 4.5330% | 12ML |
| JP Morgan Chase | 8/27/2004 | 8/27/2011 | $ 6,000,000.00 | 4.9240% | 12ML |
| JP Morgan Chase | 10/27/2004 | 10/27/2009 | $ 6,000,000.00 | 4.6760% | 12ML |
| JP Morgan Chase | 10/27/2004 | 10/27/2011 | $ 6,000,000.00 | 5.0340% | 12ML |
| JP Morgan Chase | 12/27/2004 | 12/27/2009 | $ 6,000,000.00 | 4.8200% | 12ML |
| JP Morgan Chase | 12/27/2004 | 12/27/2011 | $ 6,000,000.00 | 5.1480% | 12ML |

| Counterparty | Effective Date | Legal Maturity | Notional Amount | WesCorp Pays | WesCorp Receives |
|---|---|---|---|---|---|
| JP Morgan Chase | 8/31/2004 | 11/30/2006 | $ 10,000,000.00 | 3.1760% | 1ML |
| JP Morgan Chase | 5/4/2005 | 3/15/2015 | $ 50,000,000.00 | 4.5450% | 1ML |
| JP Morgan Chase | 10/28/2005 | 10/13/2015 | $ 44,000,000.00 | 4.9080% | 1ML |
| JP Morgan Chase | 12/20/2005 | 12/11/2015 | $ 86,368,000.00 | 5.0300% | 1ML |
| JP Morgan Chase | 2/28/2006 | 7/12/2015 | $ 100,000,000.00 | 5.0440% | 1ML |
| JP Morgan Chase | 2/28/2006 | 12/15/2015 | $ 100,000,000.00 | 5.0440% | 1ML |
| JP Morgan Chase | 3/30/2006 | 3/15/2016 | $ 95,000,000.00 | 5.1390% | 1ML |
| JP Morgan Chase | 6/20/2006 | 6/12/2016 | $ 100,000,000.00 | 5.4765% | 1ML |
| JP Morgan Chase | 12/12/2006 | 11/12/2016 | $ 100,000,000.00 | 4.8480% | 1ML |
| JP Morgan Chase | 12/21/2006 | 11/15/2016 | $ 50,000,000.00 | 4.8900% | 1ML |
| JP Morgan Chase | 12/21/2006 | 12/15/2013 | $ 51,432,000.00 | 4.9560% | 1ML |
| JP Morgan Chase | 1/8/2007 | 11/30/2008 | $ 23,838,569.00 | 5.07875% | 1ML |
| JP Morgan Chase | 8/15/2007 | 8/15/2010 | $ 5,500,000.00 | 5.2975% | 1ML |
| JP Morgan Chase | 2/5/2008 | 8/17/2010 | $ 5,000,000.00 | 2.79125% | 1ML |
| JP Morgan Chase | 2/5/2008 | 5/17/2011 | $ 5,000,000.00 | 2.9900% | 1ML |
| JP Morgan Chase | 4/15/2008 | 9/15/2009 | $ 38,000,000.00 | 2.3450% | 1ML |
| JP Morgan Chase | 4/29/2008 | 4/29/2011 | $ 10,000,000.00 | 3.4040% | 1ML |
| JP Morgan Chase | 6/3/2008 | 6/1/2014 | $ 8,000,000.00 | 4.1670% | 6ML |
| JP Morgan Chase | 8/1/2008 | 8/1/2014 | $ 6,000,000.00 | 4.2190% | 6ML |
| JP Morgan Chase | 10/1/2008 | 10/1/2014 | $ 6,000,000.00 | 4.2860% | 6ML |
| JP Morgan Chase | 7/17/2008 | 7/1/2014 | $ 5,000,000.00 | 4.4130% | 12ML |
| JP Morgan Chase | 9/2/2008 | 9/1/2013 | $ 5,000,000.00 | 4.3420% | 12ML |
| JP Morgan Chase | 6/14/2010 | 11/7/2016 | $ 5,000,000.00 | 2.6410% | 1ML |
| JP Morgan Chase | 6/18/2010 | 9/1/2015 | $ 7,500,000.00 | 2.2775% | 1ML |
| JP Morgan Chase | 6/28/2010 | 2/16/2015 | $ 5,000,000.00 | 1.9650% | 1ML |
| Merrill Lynch | 3/30/2006 | 2/12/2016 | $ 95,000,000.00 | 5.1875% | 1ML |
| Merrill Lynch | 6/28/2006 | 6/12/2016 | $ 78,145,000.00 | 5.6400% | 1ML |
| RBS | 8/12/2004 | 7/10/2014 | $ 100,000,000.00 | 4.9850% | 1ML |
| RBS | 6/30/2006 | 6/15/2016 | $ 45,000,000.00 | 5.6650% | 1ML |
| RBS | 6/18/2010 | 7/15/2015 | $ 5,000,000.00 | 2.2350% | 1ML |
| Swapco | 7/1/1999 | 3/15/2005 | $ 21,500,000.00 | 6.4450% | 1ML |
| Swapco | 3/1/2002 | 3/1/2005 | $ 35,000,000.00 | 3.9540% | 1ML |
| Swapco | 3/1/2002 | 3/1/2006 | $ 40,000,000.00 | 4.4200% | 1ML |
| Swapco | 8/19/2005 | 7/10/2015 | $ 50,000,000.00 | 4.7950% | 1ML |
| Swapco | 11/15/2005 | 10/15/2015 | $ 30,324,000.00 | 5.0230% | 1ML |

| Counterparty | Effective Date | Legal Maturity | Notional Amount | WesCorp Pays | WesCorp Receives |
|---|---|---|---|---|---|
| Swapco | 3/22/2006 | 1/15/2016 | $ 100,000,000.00 | 5.2470% | 1ML |
| UBS | 3/23/2006 | 1/10/2016 | $ 80,000,000.00 | 5.2400% | 1ML |
| UBS | 3/28/2006 | 1/12/2016 | $ 80,000,000.00 | 5.1500% | 1ML |
| UBS | 5/31/2006 | 5/15/2016 | $ 100,000,000.00 | 5.5480% | 1ML |
| UBS | 6/30/2006 | 6/15/2016 | $ 45,000,000.00 | 5.6650% | 1ML |
| UBS | 12/21/2006 | 11/15/2016 | $ 50,000,000.00 | 4.8900% | 1ML |
| UBS | 3/29/2007 | 12/15/2013 | $ 89,000,000.00 | 4.9450% | 1ML |
| UBS | 2/14/2008 | 2/14/2010 | $ 10,000,000.00 | 2.6490% | 1ML |

# Appendix D

## U.S. Central Swaps

| Counterparty | Effective Date | Legal Maturity | Notional Amount | US Central Pays | US Central Receives |
|---|---|---|---|---|---|
| Deutsche Bank | 6/16/2005 | 3/10/2010 | $ 48,000,000.00 | 4.0975% | 1ML |
| Deutsche Bank | 8/5/2005 | 8/5/2008 | $ 5,000,000.00 | 4.4600% | 1ML |
| Deutsche Bank | 10/1/2005 | 5/1/2007 | $ 24,000,000.00 | 3.9900% | 1ML |
| Deutsche Bank | 12/1/2005 | 12/15/2010 | $ 10,000,000.00 | 1ML to 12/15/2006; flip to 4.1300% fixed to maturity | 1ML |
| Deutsche Bank | 12/14/2005 | 11/10/2010 | $ 59,000,000.00 | 4.9270% | 1ML |
| Deutsche Bank | 5/15/2006 | 5/15/2009 | $ 50,000,000.00 | 5.4475% | 1ML |
| Deutsche Bank | 5/25/2006 | 5/15/2008 | $ 10,000,000.00 | 5.31314% | 1ML |
| Deutsche Bank | 3/29/2007 | 9/11/2016 | $ 90,000,000.00 | 5.00175% | 1ML |
| Deutsche Bank | 4/10/2007 | 8/10/2016 | $ 100,000,000.00 | 5.0975% | 1ML |
| Deutsche Bank | 4/15/2007 | 12/15/2016 | $ 100,000,000.00 | 5.1130% | 1ML |
| Deutsche Bank | 4/10/2007 | 8/10/2016 | $ 117,000,000.00 | 5.10375% | 1ML |
| Deutsche Bank | 5/15/2007 | 12/15/2016 | $ 25,000,000.00 | 5.1670% | 1ML |
| Deutsche Bank | 6/16/2008 | 12/17/2012 | $ 32,125,000.00 | 4.9300% | 1ML |
| JP Morgan Chase | 1/1/2003 | 11/1/2012 | $ 19,000,000.00 | 4.4550% | 1ML |
| JP Morgan Chase | 10/15/2003 | 9/15/2005 | $ 30,000,000.00 | 1.8350% | 1ML |
| JP Morgan Chase | 9/30/2005 | 9/28/2011 | $ 10,000,000.00 | 4.5790% | 1ML |
| JP Morgan Chase | 1/9/2006 | 12/10/2010 | $ 31,000,000.00 | 4.7520% | 1ML |
| JP Morgan Chase | 3/7/2007 | 11/12/2014 | $ 69,500,000.00 | 5.08909% | 1ML |
| JP Morgan Chase | 7/15/2007 | 1/15/2012 | $ 100,000,000.00 | 4.85113% | 1ML |
| JP Morgan Chase | 10/3/2007 | 9/15/2010 | $ 50,000,000.00 | 4.6670% | 1ML |
| Merrill Lynch | 6/15/2008 | 12/15/2012 | $ 62,500,000.00 | 6.2500% | 1ML |
| Merrill Lynch | 1/1/2003 | 11/1/2012 | $ 19,000,000.00 | 4.4500% | 1ML |
| Merrill Lynch | 3/31/2003 | 3/31/2012 | $ 60,000,000.00 | 3.8375% | 1ML |
| Merrill Lynch | 4/8/2003 | 3/31/2012 | $ 76,000,000.00 | 3.7875% | 1ML |
| Merrill Lynch | 11/28/2007 | 11/26/2012 | $ 81,000,000.00 | 5.495% | 1ML |
| Merrill Lynch | 4/15/2008 | 4/16/2012 | $ 10,000,000.00 | 3.0760% | 1ML |
| Rabobank | 12/29/2005 | 11/15/2010 | $ 48,000,000.00 | 4.8730% | 1ML |
| RBS | 11/15/2005 | 11/15/2007 | $ 12,000,000.00 | 4.6525% | 1ML |
| RBS | 12/9/2005 | 4/25/2007 | $ 36,766,445.00 | 4.7200% | 1ML |
| RBS | 12/15/2005 | 1/25/2007 | $ 34,567,359.00 | 4.7375% | 1ML |
| RBS | 3/7/2005 | 5/1/2013 | $ 25,000,000.00 | 4.6619% | 1ML |
| RBS | 5/25/2006 | 5/25/2010 | $ 4,000,000.00 | 5.15875% | 1ML |
| RBS | 4/25/2006 | 4/25/2009 | $ 150,000,000.00 | 5.3025% | 1ML |
| RBS | 6/29/2006 | 10/15/2009 | $ 29,000,000.00 | 5.6625% | 1ML |

| Counterparty | Effective Date | Legal Maturity | Notional Amount | US Central Pays | US Central Receives |
|---|---|---|---|---|---|
| RBS | 6/29/2006 | 10/15/2009 | $ 9,000,000.00 | 5.6625% | 1ML |
| RBS | 9/15/2006 | 9/15/2009 | $ 100,000,000.00 | 5.1100% | 1ML |
| RBS | 9/27/2006 | 9/15/2009 | $ 265,000,000.00 | 5.0950% | 1ML |
| RBS | 11/27/2006 | 11/25/2011 | $ 15,000,000.00 | 5.2200% | 1ML |
| RBS | 3/25/2007 | 11/25/2011 | $ 110,000,000.00 | 5.0775% | 1ML |
| RBS | 4/11/2007 | 9/11/2016 | $ 50,000,000.00 | 5.1275% | 1ML |
| RBS | 2/15/2008 | 8/15/2010 | $ 80,000,000.00 | 3.4150% | 1ML |
| RBS | 9/17/2008 | 12/11/2016 | $ 50,000,000.00 | 3.8450% | 1ML |
| RBS | 2/6/2003 | 8/6/2006 | $ 24,650,000.00 | 2.7600% | 1ML |
| RBS | 5/19/2003 | 8/9/2006 | $ 25,000,000.00 | 2.1775% | 1ML |
| RBS | 4/15/2005 | 10/15/2006 | $ 45,000,000.00 | 3.9550% | 1ML |
| RBS | 4/15/2005 | 4/17/2006 | $ 30,000,000.00 | 3.8840% | 1ML |
| UBS | 11/18/2003 | 11/12/2010 | $ 27,000,000.00 | 4.1000% | 1ML |
| UBS | 10/15/2004 | 10/15/2007 | $ 10,000,000.00 | 3.2900% | 1ML |
| UBS | 6/15/2005 | 9/17/2007 | $ 58,376,000.00 | 4.2745% | 1ML |
| UBS | 10/25/2004 | 10/25/2005 | $ 10,000,000.00 | 2.6060% | 1ML |