Case 1:15-cv-02060-NRB  Document 34  Filed 09/21/21  Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | Master File No. 1:11-md-2262-NRB<br><br>Civil Action No. 15-cv-2060-NRB |
| THIS DOCUMENT RELATES TO:<br><br>National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>        Plaintiff,<br><br>  v.<br><br>Credit Suisse Group AG, et al.,<br><br>        Defendants. | **Stipulation And Order Of Dismissal With Prejudice Of Citigroup Inc., Citibank, N.A., Citigroup Financial Products, Inc., and Citi Swapco Inc. Pursuant To F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants Citigroup Inc., Citibank, N.A., Citigroup Financial Products, Inc., and Citi Swapco Inc. (collectively, "Citi"), that all of Plaintiff's claims against Citi only are hereby dismissed with prejudice from the action *National Credit Union Administration Board v. Credit Suisse Group AG et al.*, 15-cv-2060-NRB (S.D.N.Y.), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation of dismissal applies only to Citi, and Plaintiff is continuing to pursue claims against other Defendants in this action.

Dated: September 20, 2021

/s/ David C. Frederick

David C. Frederick
Gregory G. Rapawy
Andrew C. Shen
Daniel V. Dorris
KELLOGG, HANSEN, TODD, FIGEL &
 FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
T: (202) 326-7900
E: dfrederick@kellogghansen.com
 grapawy@kellogghansen.com
 ashen@kellogghansen.com
 ddorris@kellogghansen.com

*Counsel to Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union*

/s/ Andrew A. Ruffino

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
aruffino@cov.com

Andrew D. Lazerow
COVINGTON & BURLING LLP
One CityCenter
850 10th Street, N.W.
Washington, D.C. 20001
(202) 662-6000
alazerow@cov.com

*Counsel to Citigroup Inc., Citibank, N.A., Citigroup Financial Products, Inc., and Citi Swapco Inc.*

**SO ORDERED:**

Dated: September 21, 2021

/s/ Naomi Reice Buchwald
Hon. Naomi Reice Buchwald
United States District Judge